UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCOTT MACIVER,

      Plaintiff,                                      CASE NO. 8:13-CV-1759-T-MSS-TGW

vs.

CITY OF LAKELAND, FLORIDA

      Defendant.

_____/

## MEDIATION REPORT

In accordance with the Order of the Court and the agreement of the parties, a mediation conference was scheduled in the above matter on **September 10, 2014**, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    \_\_\_X\_\_\_\_    All individual parties and their respective trial counsel except as stated below.

    \_\_\_X\_\_\_\_    Designated corporate representatives.

    \_\_\_X\_\_\_\_    Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered: N/A

    (c)    The outcome of the mediation conference was:

_____    <u>The case has been concluded and will be dismissed.</u>

_____    <u>The case has been partially resolved.</u>  The following issues remain for this Court to resolve:

_____    <u>The conference was continued with the consent of all parties and counsel</u>.

__X___    <u>The parties have reached an impasse</u>.

Dated this 11th day of September, 2014, in Tampa, Florida.

    I HEREBY CERTIFY that on the 11th day of September, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<u>/s/ Mary A. Lau</u>
MARY A. LAU - Mediator
LAU, LANE, PIEPER,
CONLEY & McCREADIE, P.A.
Wells Fargo Center, Suite 1700
100 South Ashley Drive (33602)
Post Office Box 838
Tampa, Florida  33601-0838
Telephone: 813/229-2121
Facsimile:  813/228-7710
Email:  mlau@laulane.com