UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES - CIVIL GENERAL

| | |
|---|---|
| CASE NO. 8:13-CV-1759-T-35TGW | DATE: OCTOBER 23, 2014 |

TITLE: <u>SCOTT MACIVER -v- CITY OF LAKELAND</u>

TIME: 10:35 - 10:57

Honorable THOMAS G. WILSON

| | |
|---|---|
| Tape: Digital | Courtroom 12A |
| Court Reporter: | Deputy Clerk: Carrie Williams |

| | |
|---|---|
| Attorney for Plaintiff | Kathryn Piscitelli |
| Attorney for Defendant | Kristie Hatcher-Bolin |

**PROCEEDING:** M/QUASH AND/OR FOR PROTECTIVE ORDER (20/21)

Court convened; oral argument by parties. Motion GRANTED, excepting that the defendant may subpoena from the doctor those medical records upon which Dr. Janice Hunter relied in expressing her position in the memorandum.