**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| **CASE NO.:** | 8:13-cv-1759 MSS TGW | **DATE:** | 5/18/15 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **SCOTT MACIVER**<br>              **Plaintiff,**<br>**v.**<br><br>**CITY OF LAKELAND, FLORIDA**<br>              **Defendant** | | **PLAINTIFF'S  COUNSEL**<br>Kathryn Piscitelli and Peter Helwig | |
| | | **DEFENSE COUNSEL**<br>Mark Miller, Kristie Hathcer-Bolin | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 4:00 pm to 8:30 pm **TOTAL:**          min | | **COURTROOM:** | 10A |

**PROCEEDINGS:**    MEDIATION HELD.

THE CASE IS REPORTED SETTLED