UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**Scott MacIver,**
          **Plaintiff,**

**v.**                          Case No. 8:13-cv-01759-MSS-TGW

**City of Lakeland, Florida,**

          **Defendant.**
_____/

## JOINT MOTION FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL

Plaintiff Scott MacIver and Defendant City of Lakeland respectfully request that the Court grant them an extension of time up to and including August 12, 2015, to file a stipulation of dismissal. In support of their motion, the parties state the following:

1. On May 19, 2015, the Court administratively closed this case pending receipt of a stipulation of dismissal within 60 days. (Doc. 136.)

2. The parties are in the process of executing a settlement agreement and fulfilling agreed obligations that must precede filing of a stipulation of dismissal.

3. The agreed obligations cannot be completed by the deadline for filing a stipulation of dismissal set by the Court.

4. An extension of the deadline up to and including August 12, 2015, will provide the parties sufficient time to complete pre-dismissal obligations and file a stipulation of dismissal.

5. In these circumstances, good cause exists for granting the requested enlargement.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court grant them an extension of time up to and including August 12, 2015, to file a stipulation of dismissal.

Respectfully submitted this 9th day of July 2015 by:

| | |
|---|---|
| **/s/ Kathryn S. Piscitelli** | **GRAYROBINSON, P.A.** |
| Kathryn S. Piscitelli | |
| Florida Bar No. 368598 | /s/ Kristie Hatcher-Bolin |
| P.O. Box 691166 | **Mark N. Miller, Esq.** |
| Orlando, FL 32869-1166 | mark.miller@gray-robinson.com |
| Phone: (407) 491-0143 | **Kristie Hatcher-Bolin, Esq.** |
| Email: kpiscitelli1@cfl.rr.com | kristie.hatcher-bolin@gray-robinson.com |
| | **James C. Sidou, Esq.** |
| **Peter F. Helwig** | james.sidou@gray-robinson.com |
| Florida Bar No. 0588113 | Post Office Box 3 |
| HARRIS & HELWIG, P.A. | Lakeland, Florida 33802-0003 |
| 6700 South Florida Avenue, Suite 31 | Telephone: (863) 284-2251 |
| Lakeland, Florida 33813 | Facsimile: (863) 683-7462 |
| Telephone: (863) 648-2958 | |
| Facsimile: (863) 619-8901 | **Attorneys for Defendant** |
| Email: pfhelwig@tampabay.rr.com | |

**Attorneys for Plaintiff**

## Certificate of Service

  I hereby certify that on July 9, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

**/s/ Kathryn S. Piscitelli**
Kathryn S. Piscitelli
